## IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

**LAURA GRESHAM**              )
**LAKISHA LAWSON,**        )
                         )
      **Plaintiffs,**       )
                         )     **CIVIL ACTION NO.: CV-06-2**
**v.**                           )
                         )
**LUSTER PRODUCTIONS, INC.;**  )
**DOLLAR GENERAL, INC., et al.,**  )
                         )
      **Defendants.**     )

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**

Hon. Ruby Jones, Clerk
Lowndes County Circuit Court
One Washington Street
P.O. Box 876
Hayneville, AL 36040-0876

Please take notice that Defendant Luster Productions, Inc., whose true and correct name is Luster Products, Inc., and Defendant, Dollar General, Inc., whose true and correct name is Dolgencorp, Inc. have on this date filed their Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division at Montgomery, Alabama.

Dated this the 3 1st day of January , 2006.

ROGER S. MORROW, MOR032

JOEL H. PEARSON, PEA019
Attorneys for Defendant Luster Productions, Inc.,
whose correct name is Luster Products, Inc. and
Defendant Dollar General, Inc., whose correct
name is Dolgencorp, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama  36103-4804
Telephone: (334) 262-7707
Facsimile:  (334)  262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the _31st_ day of _January_____, 2006.

      Hon. Mickey J. G. McDermott
      The Law Offices of Mickey J. G. McDermott
      100 Commerce Street, Suite 1000
      Montgomery, Alabama 36104-2508

      Hon. John R. Walker
      P.O. Box 3041
      Montgomery, Alabama 36109-0041

Of Counsel

2