IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

RECEIVED
2006 JAN 31 A 10: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LAURA GRESHAM<br>LAKISHA LAWSON<br><br>Plaintiffs,<br><br>v.<br><br>LUSTER PRODUCTIONS, INC.;<br>DOLLAR GENERAL, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:06cv89-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LUSTER PRODUCTIONS, INC., WHOSE CORRECT NAME IS LUSTER PRODUCTS, INC.

**COMES NOW**, Defendant, Luster Productions, Inc., whose correct name is Luster Products, Inc., and files its corporate disclosure statement that it is not a publically traded company.

**RESPECTFULLY SUBMITTED** this the 31st day of January, 2006.

_____
ROGER S. MORROW, MOR032

_____
JOEL H. PEARSON, PEA019
Attorneys for Defendant Luster Productions, Inc.,
whose correct name is Luster Products, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 31st day of January, 2006.

Hon. Mickey J. G. McDermott
The Law Offices of Mickey J. G. McDermott
100 Commerce Street, Suite 1000
Montgomery, Alabama 36104-2508

Hon. John R. Walker
P.O. Box 3041
Montgomery, Alabama 36109-0041

_____
Of Counsel