IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM           * | |
| LAKESHIA LAWSON       * | |
|     Plaintiffs,                    * | |
|                           * | |
| vs.                                        * | CASE NO. 2:06-cv-00089-WHA |
|                           * | |
| LUSTER PRODUCTIONS, INC.,  * | |
| DOLLAR GENERAL, INC., et al.,   * | |
|     Defendants.               * | |

**JOINT MOTION TO WITHDRAW AS COUNSEL**

Comes now Mickey J.G. McDermott and John R. Walker, attorneys for the plaintiffs, Laura Gresham and Lakeshia Lawson and hereby file this Joint Motion to Withdraw as Counsel for the plaintiffs and for reasons state as follows:

1. That the clients have failed to follow the advice of counsel and that the relationship between counsel and the clients has deteriorated to the point that neither counsel can effectively advise the plaintiffs in this matter.

2. That the clients will no longer participate with either attorney in this matter.

3. The clients came to counsel's offices and personally terminated the services of both attorneys and it would be in the plaintiff's best interests to retain other counsel.

4. The plaintiff's asked that their files be sent to them and counsel have complied with their request.

WHEREFORE, above premises considered, both attorneys for the plaintiffs respectfully request that their motion be granted and that they be allowed to withdraw as attorneys for the plaintiffs.

RESPECTFULLY SUBMITTED this 10th day of February, 2006.

/s/Mickey J .G. McDermott
Mickey J.G. McDermott
Alabama Bar No. MCD-052
100 Commerce Street, Suite 1000
Montgomery, Alabama 36104-2508
334-264-5151
334-263-7782-Fax


/s/ John R. Walker
John R. Walker
Alabama Bar No. WAL-135
P.O. Box 3041
Montgomery, Alabama 36109-3041
334-538-3768

**Certificate of Service**

I hereby certify that on February 10,2006, I electronically filed the foregoing with the clerk of the court using cm/ecf system which will send notification of such filing to the following.:

Joel Hartley Pearson
P.O. Box 4804
Montgomery, Alabama 36103-4804

Roger Stephen Morrow
P.O. Box 4804
Montgomery, Alabama 36103-4804

/s/Mickey J .G. McDermott
Mickey J.G. McDermott
Alabama Bar No. MCD-052
100 Commerce Street, Suite 1000
Montgomery, Alabama 36104-2508
334-264-5151
334-263-7782-Fax


/s/ John R. Walker
John R. Walker
Alabama Bar No. WAL-135
P.O. Box 3041
Montgomery, Alabama 36109-3041
334-538-3768