IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv089-WHA |
| | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Joint Motion to Withdraw as Counsel (Doc. #8), filed by Mickey J. G. McDermott and John R. Walker on February 10, 2006. The motion does not show service of a copy on the clients, Laura Gresham and Lakisha Lawson. Therefore, before the court considers the Motion to Withdraw, it is hereby ORDERED as follows:

1. That Plaintiffs' counsel furnish copies of the Joint Motion to Withdraw as Counsel to both Plaintiffs, Laura Gresham and Lakisha Lawson, and file with the court **on or before February 21, 2006**, a Certification that this has been done, together with addresses where each Plaintiff can be served with orders of the court.

DONE this 14th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE