IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA GRESHAM | * | |
| LAKESHIA LAWSON | * | |
|     Plaintiffs, | * | |
| | * | |
| vs. | * | CASE NO. 2:06-cv-00089-WHA |
| | * | |
| LUSTER PRODUCTIONS, INC., | * | |
| DOLLAR GENERAL, INC., et al., | * | |
|     Defendants. | * | |

**AMENDED JOINT MOTION TO WITHDRAW AS COUNSEL**

Comes Now Mickey J.G. McDermott and John R. Walker, attorneys for the plaintiffs and hereby file this Amended Joint Motion To Withdraw As Counsel for the Plaintiffs and for reasons states as follows:

1. That the clients have failed to follow the advice of counsel and that the relationship between counsel and the clients has deteriorated to the point that neither counsel can effectively advise the plaintiffs in this matter.

2. That the clients will no longer participate with either attorney in this matter.

3. That the clients came to counsel's offices and personally terminated the services of both attorneys and it would be in the client's best interests to retain other counsel.

4. The plaintiffs asked that their files be sent to them and counsel have complied with their request. Said files were mailed to the plaintiffs on February 10, 2006 along with a Copy of the Joint Motion To Withdraw As Counsel filed in this matter on

02-10-2006 by United States Mail, postage prepaid by certified mail and first class mail. The Certificate of Service filed with the Joint Motion To Withdraw As Counsel on February 10, 2006 failed to state that service was made upon the plaintiffs and provide addresses where the plaintiffs can be served with future process, orders and notices. Pursuant to the order of this court, counsel for the Plaintiffs have sent copies of the Joint Motion To Withdraw As Counsel to the plaintiffs and provided the Court with a certificate of service.

    5. That the plaintiffs can be served with future notices at the following addresses:

| | |
|---|---|
| Laura Gresham | Lakeshia Lawson |
| 105 Turner Lane | 3580 McGhee Place South |
| Lowndesboro, Alabama 36752 | Apartment 4317-C |
| | Montgomery, Alabama 36106 |

Wherefore, the above premises considered, both attorneys for the plaintiffs respectfully request that their Motion be granted and that they be allowed to withdraw as attorneys for the plaintiffs.

    RESPECTFULLY SUBMITTED this 15th day of February, 2006.

| | |
|---|---|
| /s/ Mickey J.G. McDermott | /s/ John R. Walker |
| Mickey J.G. McDermott | John R. Walker |
| Alabama Bar No. MCD-052 | Alabama Bar No. WAL-135 |
| 100 Commerce Street, Suite 1000 | P.O. Box 3041 |
| Montgomery, Alabama 36104-2508 | Montgomery, Alabama 36109-3041 |
| 334-264-5252 | 334-538-3768 |
| 334-263-7782-Fax | |

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed a copy of the foregoing Amended Joint Motion To Withdraw As Counsel with the clerk of the court using the cm/ecf system which will send notification of such filing to: The Hon. Joel Hartley Pearson, P.O. Box 4804, Montgomery, Alabama 36103-4804 and to the Hon. Roger Stephen Morrow, P.O. Box 4804, Montgomery, Alabama 36103-4804 and upon the plaintiff Laura Gresham, 105 Turner Lane, Lowndesboro, Alabama 36752 and upon the plaintiff Lakeshia Lawson, 3580 McGhee Place south, Apartment 4317-C, Montgomery, Alabama 36106 by placing a copy of the same in the U.S. Mail, first class , postage prepaid and properly addressed on the 15th day of February, 2006.

/s/ Mickey J.G. McDermott  
Mickey J.G. McDermott  
Alabama Bar No. MCD-052  
100 Commerce Street, Suite 1000  
Montgomery, Alabama 36104-2508  
334-264-5252  
334-263-7782-Fax  

/s/ John R. Walker  
John R. Walker  
Alabama Bar No. WAL-135  
P.O. Box 3041  
Montgomery, Alabama 36109-3041  
334-538-3768

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy off the Joint Motion To Withdraw As Counsel filed in this matter on 02-10-2006 upon the plaintiffs listed below by placing a copy of the same in the United states mail, First Class, postage prepaid and properly addresses on this the 15th day of February, 2006.

| | |
|---|---|
| Laura Gresham<br>105 Turner Lane<br>Lowndesboro, Alabama 36752 | Lakeshia Lawson<br>3580 McGhee Place South<br>Apartment 4317-C<br>Montgomery, Alabama 36106 |

/s/ Mickey J.G. McDermott
Mickey J.G. McDermott
Alabama Bar No. MCD-052
100 Commerce Street, Suite 1000
Montgomery, Alabama 36104-2508
334-264-5252
334-263-7782-Fax

/s/ John R. Walker
John R. Walker
Alabama Bar No. WAL-135
P.O. Box 3041
Montgomery, Alabama 36109-3041
334-538-3768