IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv089-WHA |
| | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Amended Joint Motion to Withdraw as Counsel (Doc. #10), filed on February 15, 2006, by counsel of record for the Plaintiffs, it is hereby ORDERED as follows:

1.  Plaintiffs, Laura Gresham and Lakeshia Lawson, are given **until February 27, 2006**, to file in writing with the clerk of this court any objection that either Plaintiff might have to the court granting the Amended Joint Motion to Withdraw as Counsel and allowing Mickey J. G. McDermott and John R. Walker to withdraw as their attorneys in this case. Failure to file any objection by that time will result in the court granting the motion and allowing the Plaintiffs a period of time to obtain new lawyers, represent themselves *pro se*, or have this suit dismissed.

2.  The clerk is DIRECTED to mail copies of this order to the Plaintiffs at their addresses shown in the Amended Joint Motion to Withdraw as Counsel.

DONE this 16th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE