IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM and LAKISHA LAWSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv089-WHA ) |
| LUSTER PRODUCTIONS, INC., et al., | ) ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed by either Plaintiff to the Amended Joint Motion to Withdraw as Counsel (Doc. #10), it is hereby ORDERED as follow:

1. The Joint Motion to Withdraw (Doc. #8) and the Amended Joint Motion to Withdraw (Doc. #10) are GRANTED, and Mickey J. G. McDermott and John R. Walker are allowed to withdraw as attorneys of record for the Plaintiffs in this case, with no further responsibility to act on behalf of the Plaintiffs.

2. Plaintiffs, Laura Gresham and Lakisha Lawson, are given **until March 27, 2006**, to either obtain new lawyers and to have those lawyers file a formal written notice of appearance with the court, or to file written notices with the court that they wish to represent themselves *pro se* and to continue the prosecution of this suit. In the event of failure by the Plaintiffs to do either by that time, this suit will be dismissed.

3. The clerk is DIRECTED to serve the Plaintiffs individually by mail with copies of this order.

DONE this 3rd day of March, 2006.

                                          /s/ W. Harold Albritton  
                                          W. HAROLD ALBRITTON  
                                          SENIOR UNITED STATES DISTRICT JUDGE