IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Laura Gresham & Lakisha Lawson
Plaintiffs

Vs.                                    Civ. Action No. 2:06cv089-WHA

LUSTER PRODUCTIONS, INC., ET AL.,
Defendants

### Motion to Proceed Pro Se

Comes now Plaintiffs, Laura Gresham & Lakisha Lawson

and hereby requests permission to proceed pro se. Plaintiffs have

been unable to hire legal counsel but do feel that they have a valid

claim against the defendants. We therefore respectfully request permission

to proceed with our claim against the defendants pro so.

Respectfully submitted this 23rd day of March, 2006

_____              _____
LAURA GRESHAM                        LAKISHA LAWSON