IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAURA GRESHAM, et al.,                    )
                                          )
                    Plaintiffs,           )
                                          )
vs.                                       )     CIVIL ACTION NO. 2:06cv089-WHA
                                          )
LUSTER PRODUCTIONS, INC., et al.,         )
                                          )
                    Defendants.           )

## ORDER

Upon consideration of the Motion to Proceed Pro Se (Doc. #13), filed by the Plaintiffs on

March 27, 2006, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The Plaintiffs are allowed to proceed in this case pro se.

2. This case is referred to Magistrate Judge Susan Russ Walker for determination or

recommendation as to all pretrial matters.

DONE this 28th day of March, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE