IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv089-WHA |
| | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on April 17, 2006 at 4:30 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE