MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:     APRIL 17, 2006                    4:30

DATE COMPLETED:     APRIL 17, 2006                    4:45

_____   2:06-cv-00089-WHA-SRW Gresham et al v. Luster Productions, Inc. et al

PRO SE representing Laura Gresham (Plaintiff)

PRO SE Lakisha Lawson (Plaintiff) (NO APPEARANCE)

Joel Hartley Pearson representing Luster Productions, Inc. & Dollar General, Inc. (Defendants)

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

### PROCEEDINGS:
### SCHEDULING CONFERENCE

| | |
|---|---|
| 4:30 p.m. | Court convenes. |
| | Parties identify themselves. |
| | Discussions regarding why Plaintiff Lawson is not present. |
| 4:33 p.m. | Court's discussions regarding scheduling of this case. |
| 4:35 p.m. | Court's discussions with Plaintiff Gresham regarding retaining counsel and what steps she has taken to retain one. Court directs Plaintiff Gresham if counsel retained that retained counsel to file notice of appearance within 30 days. |
| | Court's statements to Plaintiff Gresham regarding civil rules of procedure. |
| 4:38 p.m. | Court's discussions regarding deadlines to be set out in Scheduling Order and explanation to plaintiff of deadlines and that written Order will follow: |

        Dispositive motion due July 19, 2006

        Motions to amend due May 19, 2006

        All discovery completed by August 21, 2oo6

        Settlement conference (face to face) within 14 days after dispositive motions due

        Any objections to deadlines to be filed within 14 days from the date of the

Scheduling Order

| | |
|---|---|
| 4:42 p.m. | Mr. Pearson's statements that he would like to talk with defendant regarding possible settlement. |
| 4:44 p.m. | Mr. Pearson's statements as to shortness of deadlines and possible modification of scheduling order. |
| | Court's response to parties. |
| 4:45 p.m. | Court recessed. |