IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv089-WHA |
| ) | |
| LUSTER PRODUCTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

By order entered on March 31, 2006, this court set this matter for a scheduling conference in court on April 17, 2006. Plaintiff Lakisha Lawson failed to appear for the conference. Accordingly, it is

ORDERED that this case is hereby set for a supplemental scheduling conference on April 27, 2006 at 4:30 p.m. by telephone. Counsel for defendant is DIRECTED to set up the call. The plaintiffs are each DIRECTED to provide defendant's counsel a telephone number where each of them may be reached for the conference call on or before April 26, 2006.[1] Plaintiff Lawson is advised that if she fails to participate in this telephone conference or to comply with any other order of the court, her claims may be dismissed.

DONE, this 19th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER

---

[1] Plaintiffs may contact defense counsel, Joel Pearson and Roger Morrow, at (334) 262-7707.

UNITED STATES MAGISTRATE JUDGE