**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED**
**NORTHER DIVISION**

2006 APR 25  P 3: 57

|  |  |
|---|---|
| LAURA GRESHAM, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
|  | ) |
| Defendants. | ) |

DEBRA P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CIVIL ACTION NO.: 2:06-cv-089-WHA**

## MOTION TO CONTINUE SUPPLEMENTAL SCHEDULING CONFERENCE

**COMES NOW** Defendant Luster Productions, Inc., whose true and correct name is Luster Products, Inc., (hereinafter sometimes referred to as Luster Products), and Defendant Dollar General, Inc., whose true and correct name is Dolgencorp, Inc., (hereinafter sometimes referred to as "Dollar General") by and through the undersigned counsel, and move this Honorable Court to continue the supplemental scheduling conference previously ordered to be held by telephone on April 27, 2006 at 4:30 p.m. for a period of approximately 10 days and for grounds shows unto the Court that a continuance would accommodate defense counsel's schedule and ongoing discussions with Plaintiffs.

**WHEREFORE** Defendant Luster Productions, Inc., whose true and correct name is Luster Products, Inc., and Defendant Dollar General, Inc., whose true and correct name is Dolgencorp, Inc. move this Honorable Court to continue the supplemental scheduling conference set in this cause for April 27, 2006 for approximately 10 days.

Dated this the _25th_ day of _April_ , 2006.

JOEL H. PEARSON, PEA019
One of the Attorneys for Defendant Luster
Productions, Inc., whose correct name is Luster
Products, Inc. and Defendant Dollar General,
Inc., whose correct name is Dolgencorp, Inc.


OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama  36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the
following by placing a copy of same in the United States mail, first class postage prepaid
on this the _25 th_ day of _April_____, 2006.

Laura Gresham
105 Turner Lane
Lowndesboro, Alabama 36752

Lakeshia Lawson
3580 McGhee Place South
Apartment 4317-C
Montgomery, Alabama 36106


Of Counsel

2