IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 APR 26  P 4: 54

DEBRA P. HACKETT, CL:
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LAURA GRESHAM, et al.,            )
                                  )
        Plaintiffs,               )
                                  )    CIVIL ACTION NO.: 2:06-cv-089-WHA
v.                                )
                                  )
LUSTER PRODUCTIONS, INC., et al., )
                                  )
        Defendants.               )

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF PLAINTIFF, LAKISHA LAWSON

**COMES NOW** Plaintiff, Lakisha Lawson, who is incorrectly named in the complaint as Lakeshia Lawson, and Defendant, Luster Productions, Inc., whose true and correct name is Luster Products, Inc., and Defendant, Dollar General, Inc., whose true and correct name is Dolgencorp, Inc., by and through the undersigned, and hereby stipulate and move this Court that this action, Plaintiff's complaint, and all claims of the Plaintiff, Lakisha (a/k/a Lakeshia) Lawson, be dismissed with prejudice with each party to bear its/their/her own costs.

Dated this the _26th_ day of _April_, 2006.


_____
LAKISHA LAWSON, incorrectly named
in the complaint as Lakeshia Lawson

JOEL H. PEARSON, PEA019
One of the Attorneys for Defendant Luster Productions, Inc., whose correct name is Luster Products, Inc. and Defendant Dollar General, Inc., whose correct name is Dolgencorp, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama  36103-4804
Telephone: (334) 262-7707
Facsimile:  (334)  262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 26th day of April, 2006.

Laura Gresham
105 Turner Lane
Lowndesboro, Alabama 36752

Lakisha Lawson
3580 McGhee Place South
Apartment 4317-C
Montgomery, Alabama 36106

Of Counsel