IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv089-WHA |
| ) | |
| LUSTER PRODUCTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice of All Claims of Plaintiff, Lakisha Lawson (Doc. #19), filed on April 26, 2006, and for good cause shown, it is hereby

ORDERED that all claims of the Plaintiff Lakisha Lawson against the Defendants are DISMISSED with prejudice. The case shall proceed on the claims of the Plaintiff Laura Gresham.

DONE this 27th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE