IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv089-WHA |
| | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of defendant's motion to continue supplemental scheduling conference (Doc. # 18), filed April 25, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to the joint stipulation of dismissal with defendant Lawson (Doc. # 19), filed April 26, 2006. The supplemental scheduling conference was set because plaintiff Lawson failed to appear at the original scheduling conference in this matter.

DONE, this 1st day of May, 2006.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE