IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -1  P 4:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-089-WHA |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS OF PLAINTIFF, LAURA GRESHAM**

**COMES NOW** Plaintiff, Laura Gresham, and Defendant, Luster Productions, Inc., whose true and correct name is Luster Products, Inc., (hereinafter sometimes referred to as Luster Products), and Defendant, Dollar General, Inc., whose true and correct name is Dolgencorp, Inc., (hereinafter sometimes referred to as "Dollar General") by and through the undersigned, and hereby stipulate and move this Court that this action, Plaintiff's complaint, and all claims of the Plaintiff, Laura Gresham, be dismissed with prejudice with each party to bear her/its own costs.

Dated this the _1st_ day of _May_, 2006.

_____
LAURA GRESHAM, Plaintiff

_____
JOEL H. PEARSON, PEA019
One of the Attorneys for Defendant Luster Productions, Inc., whose correct name is Luster Products, Inc. and Defendant Dollar General, Inc., whose correct name is Dolgencorp, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742