IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA GRESHAM, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv089-WHA |
| | ) |
| LUSTER PRODUCTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice of All Claims of Plaintiff, Laura Gresham (Doc. #23), filed on May 1, 2006, and for good cause shown, it is hereby

ORDERED that all claims of the Plaintiff Laura Gresham against Defendants Luster Productions, Inc. and Dollar General, Inc. are DISMISSED with prejudice, the parties to bear their own costs.  All claims now having been dismissed by both Plaintiffs against the Defendants, this case is closed.

DONE this 8th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE